IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

TANISHA SMITH, et al.

    Plaintiffs,

    v.

METRO TRANSIT POLICE DEPT., et al.

    Defendants.

Civil Action No. 1:25-cv-00232-RC

## DECLARATION OF GERALD RICH, JR.

I, GERALD RICH JR., make this Declaration on personal knowledge and information available to me, and I am competent to testify to the matters contained herein.

1.    I am currently employed in the Metro Transit Police Department ("MTPD") as a police officer, holding the rank of Sergeant.

2.    MTPD is the police department for the Washington Metropolitan Area Transit Authority ("WMATA").

3.    I and every other MTPD police officer are trained and certified as police officers in three jurisdictions: Maryland, the District of Columbia and the Commonwealth of Virginia.

4.    I have been an MTPD officer for 12 years.

5.    On March 15, 2024, I responded to an incident at Largo Metrorail station, a little after 6 p.m.

6.    I heard radio traffic from MTPD Police Communications on my police radio regarding an assault at the Largo station and as well as radio traffic from the officers who had responded to the scene.

7.    When I arrived at Largo Station, Tanisha Smith was handcuffed and being escorted by Officer Anguisaca out of the Largo Station to an MTPD police vehicle to be held. I

can be seen  in this frame from Officer Artis' BWC and I am on the left, in the yellow-topped

MTPD uniform, and Anguisaca is in the middle and leading Ms. Smith (on the right) out of the

station *See* Ex. 9 at 18:06:54.



8.    Additionally, her son, N.I.V. was already handcuffed and Officer Crawford

escorted N.I.V. out of the station at 18:08:26, as seen below.  Ex. 9 at 18:08:2



.

9.    I did not arrest either Plaintiff Smith or her son.

10.    I did not handcuff either Smith or her son.

11.    I did not use force of any kind on either Smith or her son.

12.    Below is a photo captured from Artis' BWC at 18:08:01 (Ex. 9), showing me talking to the victim, A.I., who I started interviewing soon after I arrived.  I am standing with my back to the camera near the Metro station building, in the yellow shirt.

13.    I did not change any information that A.I. told me; nor did I fabricate any information.

3

14.



15.    Both Tanisha Smith and her son were placed in police vehicles without my having

any interaction with them.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.**

Executed on August 26 2025

_(signature)_

**MTPD Sgt. Gerald Rich, Jr.**

4