**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **TANISHA SMITH,  et al.** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 1:25-cv-00232-RC** |
| **METRO TRANSIT POLICE DEPT., et al.** | |
| **Defendants.** | |

# EXHIBIT 12 - MTPD POLICE COMMNUNCATIONS AUDIO RECORDING FROM 3/15/2024